

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ROYAL OILFIELD L.L.C., | § | No. 08-14-00304-CV |
| APPELLANT, | § | Appeal from the |
| V. | § | County Court at Law |
| LEWIS D. MARCELLUS, | § | of Reeves County, Texas |
| | § | |
| APPELLEE. | | (TC# 4187C) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.